FILED

AUG 25 2021

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>ANTHONY J. KASSAS,<br><br>  Debtor.<br><br>ANTHONY J. KASSAS,<br><br>  Appellant,<br><br>v.<br><br>STATE BAR OF CALIFORNIA,<br><br>  Appellee. | BAP No. CC-21-1144<br><br>Bk. No. 2:19-bk-24457-ER<br><br>Adv. No. 2:21-ap-01021-ER<br><br><br><br><br><br>**ORDER DISMISSING APPEAL** |

Before: FARIS, SPRAKER, and TAYLOR, Bankruptcy Judges.

     This is an appeal from a memorandum of decision and judgment in an adversary proceeding. Bankruptcy Court Docket at 41 (Memorandum of Decision) and 42 (Judgment). On June 15, 2021, the bankruptcy court certified the appeal for direct appeal pursuant to 28 U.S.C. §158(d)(2)(B). Bankruptcy Court Docket at 44 (Order Certifying Direct Appeal To The Ninth Circuit Court Of Appeals Of Judgment Of Non-Dischargeability).

     Appellant's petition for permission for direct appeal was granted by the Court of Appeals on August 17, 2021.

Due to the pending direct appeal, this appeal before the Panel is no longer necessary.

Therefore, this appeal is hereby ORDERED DISMISSED.

This dismissal is without prejudice to a motion to reopen this appeal and reconsider this dismissal in the event that a merits panel of the Ninth Circuit determines permission to appeal was improvidently granted and dismisses the Ninth Circuit appeal. *See Couch v. Telescope Inc.*, 611 F.3d 629, 632 (9th Cir. 2010) (vacating orders granting permission to appeal and dismissing appeals); *Crow Tribe of Indians v. Montana*, 969 F.2d 848, 849 (9th Cir. 1992) (dismissing appeal after determining that permission to appeal was improvidently granted).



BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:

Susan M. Spraul, Clerk

Cecil L. Silva Jr.
by Deputy Clerk DATE 9/16/21