M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
jhayes@RHMFirm.com
matt@RHMFirm.com

Attorneys for Appellant
Anthony J. Kassas

UNITED STATES BAKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-24457-ER |
| ANTHONY J. KASSAS | Chapter 7 |
| Debtor | Adv No. 2:21-ap-01021-ER |
| ANTHONY J. KASSAS | **DEBTOR'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES RE APPEAL OF FINAL JUDGMENT OF NON-DISCHARGEABILITY** |
| Plaintiff | |
| vs. | **9th Circuit Court of Appeal Case No.  21-55900** |
| THE STATE BAR OF CALIFORNIA. | |
| Defendant. | |

**TO THE CLERK OF THE BANKRUPTCY COURT, APPELLEE THE STATE BAR OF CALIFORNIA AND ITS COUNSEL OF RECORD; AND OTHER PARTIES IN INTEREST**:

Appellant, Anthony J. Kassas, hereby designates the following documents to be included in the Record on Appeal in this matter, pursuant to Fed.R.Bankr.P. 8006:

| | | | |
|---|---|---|---|
| 1 | 1/27/2021 | [1](#) (41 pgs) | Complaint for Declaratory Relief |
| 2 | 1/28/2021 | [2](#) (3 pgs) | Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1] |
| 3 | 3/5/2021 | [9](#) (20 pgs) | Defendant the State Bar of California's Notice of Motion and Motion to Dismiss Complaint; Memorandum of Points and Authorities in Support thereof. |
| 4 | 3/5/2021 | 10 (289 pgs) | Declaration of Suzanne C. Grandt in Support of Defendant The State Bar of California's Motion to Dismiss Complaint Filed by Defendant The State Bar of |
| 5 | 3/5/2021 | 11 (3 pgs) | Request for judicial notice in Support of Defendant The State Bar of California's Motion to Dismiss Complaint |
| 6 | 03/31/2021 | [18](#) (8 pgs) | Plaintiff's Opposition to Motion to Dismiss |
| 7 | 4/13/2021 | 20 (8 pgs) | Defendant's Reply to [18](#) Opposition filed by Plaintiff Anthony J. Kassas) |
| 8 | 4/26/2021 | [24](#) (2 pgs) | Order: (1) Providing Notice that the Court will Treat the State Bar's motion to Dismiss as a Motion for Summary Judgment and (2) Setting Continued Hearing on Motion for Summary Judgment |
| 9 | 5/05/2021 | 27 (22 pgs) | Defendant the State Bar of California's Supplemental Brief in Support of Motion for Summary Judgment |
| 10 | 5/05/2021 | 28 (3 pgs) | Request for judicial notice Defendant The State Bar of California's Request for Judicial Notice in Support of Motion for Summary Judgment |
| 11 | 5/05/2021 | 29 (298 pgs) | Declaration of Suzanne C. Grandt in Support of Defendant The State Bar of California's Motion for Summary Judgment |
| 12 | 5/05/2021 | 30 (4 pgs) | Declaration of Kimberly Cochran in Support of Defendant The State Bar of California's Motion for Summary Judgment |
| 13 | 5/05/2021 | 31 (34 pgs) | Declaration of Betty Yung in Support of Defendant The State Bar of California's Motion for Summary Judgment |
| 14 | 05/05/2021 | [32](#) (14 pgs) | Plaintiff's Supplemental Brief in Opposition to Motion for Summary Judgment |

**RESNIK HAYES MORADI LLP**

2

| | | | |
|---|---|---|---|
| 1 | 6/14/2021 | [41](#) (8 pgs) | Memorandum of Decision Finding that Indebtedness owed to the Client Security Fund of the State Bar of California is Non-Dischargeable in Bankruptcy. |
| 2 3 | 6/14/2021 | 42 (2 pgs) | Judgment Of Non-Dischargeability. |
| 4 5 | 6/15/2021 | [43](#) (13 pgs) | Memorandum Regarding Certification for Direct Appeal to Ninth Circuit Court of Appeals of Judgment of non-Dischargeability. |
| 6 7 | 6/18/2021 | [49](#) (7 pgs) | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel. |

**STATEMENT OF ISSUES ON APPEAL**

1. Did the Bankruptcy Court err by deciding that appellant's debt to the State Bar was non-dischargeable?

Dated:  September 27, 2021                **RESNIK HAYES MORADI LLP**

**By:       /s/ M. Jonathan Hayes**
**M. Jonathan Hayes**
**Matthew D. Resnik**
Attorneys for Debtor
Anthony J. Kassas

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): <u>DEBTOR'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES RE APPEAL OF FINAL JUDGMENT OF NON-DISCHARGEABILITY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>9/27/2021</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard L Barrett    thebarrettlawoffice@yahoo.com
- Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>9/27/2021</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>9/27/2021</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/27/2021 | Daniel Lavian | /s/ Daniel Lavian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**